## (December 16, 1971)

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ALAN CARROLL, Appellant.—Motion for reargument granted, and upon reargument the court adheres to its original decision. An error committed in transcription made it appear that the trial court charged section 165.50 instead of section 165.55 of the Penal Law. It now appears that section 165.55 was in fact charged. However, the cumulative effect of the remaining errors in the charge deprived appellant of a fair trial (CPL 470.15, subd. 6, par. [a]). Herlihy, P. J., Greenblott, Cooke, Sweeney and Simons, JJ., concur.

■    In the Matter of the Estate of JANE HULL, Deceased. KATHERINE S. SCHWARTZ et al., Appellants; FOUNTAIN HOUSE FOUNDATION, INC., et al., Respondents.—Motions granted, without costs, and decision amended to provide: Decree affirmed, with costs to all parties filing briefs payable out of the estate. Reynolds, J. P., Staley, Jr., Greenblott, Sweeney and Simons, JJ., concur.

## (December 20, 1971)

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LEROY WEEDEN, Appellant.— Appeal from an order of the County Court of Schenectady County, entered September 30, 1970, which denied, without a hearing, appellant's application for a writ of error *coram nobis*. Appellant was convicted on October 17, 1966 on his plea of guilty of the crime of incest and was sentenced on November 1, 1966 to a term of 3½ to 10 years. Appellant does not show that at the time of the conviction he had a genuine appealable issue which he might have raised had he been advised of his right to appeal. His allegations standing alone are not sufficient to require a hearing. (*People* v. *Saunders,* 28 N Y 2d 196; *People* v. *Ali,* 35 A D 2d 435.) Order affirmed. Herlihy, P. J., Greenblott, Cooke, Sweeney and Simons, JJ., concur.